1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MARC C. AMENT, Bar #59080
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561

5
    Attorney for Defendant
6   MAXIMINO AYON-NUNEZ

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:07-cr-0084 LJO
                                     )
12                 Plaintiff,        )   STIPULATION TO CONTINUE STATUS
                                     )   CONFERENCE;
13        v.                         )   REQUEST BY COURT FOR INFORMATION
                                     )
14  MAXIMINO AYON-NUNEZ,             )   Date:   June 29, 2007
                                     )   Time:   9:00 a.m.
15                 Defendant.        )   Judge: Honorable Lawrence J. O'Neill
                                     )
16  _____ )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in

19  the above- entitled matter now set for June 8, 2007, **may be continued to June 29, 2007, at 9:00 a.m.**

20        This continuance is requested by counsel for defendant to review pre-plea presentence report and

21  negotiate case.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation to Continue Status
Conference; [Proposed] Order

1    The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F),

2    (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the

3    public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel

4    for the defendant the reasonable time necessary for effective preparation, taking into account the exercise

5    of due diligence.

6                                                                McGREGOR W. SCOTT
                                                                 United States Attorney
7

8    DATED: June 6, 2007                    By:   /s/  Stanley A. Boone
                                                  STANLEY A. BOONE
9                                                 Assistant U.S. Attorney
                                                  Attorney for Plaintiff
10

11

12                                               DANIEL J. BRODERICK
                                                 Federal Defender
13

14   DATED: June 6, 2007                    By:   /s/  Marc C. Ament
                                                  MARC C. AMENT
15                                                Assistant Federal Defender
                                                  Attorney for Defendant
16                                                MAXIMINO AYON-NUNEZ

17

18

19                                      **ORDER**

20   THE COURT HAS REVIEWED THE STIPULATION AND REQUEST.  ON MAY 10, 2007, THERE
     WAS A REQUEST FOR A 30-DAY CONTINUANCE.  THE REQUEST WAS GRANTED FOR THE
21   SAME REASON NOW GIVEN FOR AN ADDITIONAL CONTINUANCE.  TO ENABLE THE
     COURT ENOUGH INFORMATION TO DECIDE ON THE INSTANT REQUEST, IT NEEDS
22   FURTHER INFORMATION ABOUT WHAT WAS DONE DURING THE PAST 30 DAYS.

23   IT IS SO ORDERED.

24   **Dated:    June 6, 2007**            _____/s/ Lawrence J. O'Neill_____
                                                 UNITED STATES DISTRICT JUDGE
25

26

27

28

Stipulation to Continue Status
Conference; [Proposed] Order                        2