```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MAXIMINO AYON-NUNEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-0084 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
|  | ) | CONFERENCE;  ORDER |
| v. | ) |  |
|  | ) |  |
| MAXIMINO AYON-NUNEZ, | ) | Date:  June 29, 2007 |
|  | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Honorable Lawrence J. O'Neill |
|  | ) |  |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above- entitled matter now set for June 8, 2007, **may be continued to June 29, 2007, at 9:00 a.m.**

This continuance is requested by counsel for defendant to review pre-plea presentence report and negotiate case.

///
///
///
///
///
///
///
///

Stipulation to Continue Status
Conference; [Proposed] Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: June 6, 2007         By:   /s/ Stanley A. Boone
                                  STANLEY A. BOONE
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Defender

DATED: June 6, 2007         By:   /s/ Marc C. Ament
                                  MARC C. AMENT
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MAXIMINO AYON-NUNEZ

**ORDER**

THE COURT HAS REVIEWED THE STIPULATION, AS WELL AS DEFENSE COUNSEL'S "RESPONSE TO ORDER RE STIPULATION TO CONTINUE STATUS CONFERENCE" AND FINDS GOOD CAUSE EXISTS, BOTH FOR THE CONTINUANCE AND THE EXCLUSION OF TIME. Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B). For the reasons

Stipulation to Continue Status
Conference; [Proposed] Order                    2

1 stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the
2 public and the defendant in a speedy trial. The matter is continued to June 29, 2007 at 9 a.m.
3 IT IS SO ORDERED.
4 **Dated:   June 7, 2007**             /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE